IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| ERA MHC LLC; Magic City MHC LLC;<br>ERA Homes LLC; and<br>Magic City Homes LLC,<br><br>            Plaintiffs,<br><br>    v.<br><br>Magic City Management Inc.,<br><br>            Defendant. | )<br>)<br>)<br>)<br>) **ORDER FOR MID-DISCOVERY**<br>) **STATUS CONFERENCE**<br>)<br>)<br>)<br>)<br>)<br>) Case No. 1:24-cv-00023<br>)<br>) |

**IT IS ORDERED**:

A mid-discovery status conference will be held on November 19, 2024, at 9:30 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 25th day of April, 2024.

/s/ *Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court